UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>          Plaintiff,<br><br>     v.<br><br>FELIX L. OFFOR,<br><br>          Defendant. | CV 10-7724 ABC (JCx)<br><br>ORDER TO SHOW CAUSE RE CONTEMPT FOR FAILURE TO APPEAR AT JUDGMENT DEBTOR EXAMINATIONS |

    Defendant and Judgment Debtor FELIX L. OFFOR was ordered to appear for judgment debtor examinations on two different occasions, on March 22, 2011 9:30 a.m. and on May 24, 2011 both before Magistrate Judge Jacqueline Chooljian, but he did not appear at either time. Plaintiff and Judgment Creditor government requests an Order to Show Cause why Judgment Debtor OFFOR should not be held in contempt for failing to appear.

The Court accepts the facts certified by Magistrate Judge Chooljian pursuant to 28 U.S.C. § 636(e)(6) (Docket No. 21):

1. On February 9, Judge Chooljian ordered Judgment Debtor OFFOR to attend his examination before Judge Chooljian on March 22, 2011 at 9:30 a.m. (Docket No. 13).  The order included the following language in capital letters:

> NOTICE TO JUDGMENT DEBTOR. IF YOU FAIL TO APPEAR
> AT THE TIME AND PLACE SPECIFIED IN THIS ORDER,
> YOUMAY BE SUBJECT TO ARREST AND PUNISHMENT FOR
> CONTEMPT OF COURT, AND THE COURT MAY MAKE AN ORDER
> REQUIRING YOU TO PAY THE REASONABLE ATTORNEY'S
> FEES INCURRED BY THE JUDGMENT CREDITOR IN THIS
> PROCEEDING. See California Code of Civil Procedure
> § 708.110(e).

2. The Order was personally served on Judgment Debtor OFFOR on February 19, 2011 by a registered process server. (Docket No. 14).

3. On March 22, 2011, the examination of Judgment Debtor Offor came on regularly for hearing before Judge Jacqueline Chooljian; however, Judgment Debtor OFFOR did not appear. (Docket No. 15).

4. On March 25, 2011, Judge Chooljian continued the Judgment Debtor OFFOR's examination to May 24, 2011 at 9:30 a.m. (Docket No 17). This Order also contained the warning in capital letters:

> NOTICE TO JUDGMENT DEBTOR. IF YOU FAIL TO APPEAR
> AT THE TIME AND PLACE SPECIFIED IN THIS ORDER, YOU
> MAY BE SUBJECT TO ARREST AND PUNISHMENT FOR
> CONTEMPT OF COURT, AND THE COURT MAY MAKE AN ORDER
> REQUIRING YOU TO PAY THE REASONABLE ATTORNEY'S
> FEES INCURRED BY THE JUDGMENT CREDITOR IN THIS

Case 2:10-cv-07724-VAP-JC Document 22 Filed 10/21/11 Page 3 of 4 Page ID #:81

PROCEEDING. See California Code of Civil Procedure § 708.110(e).

5. The Order of March 25, 2011, was personally served on Judgment Debtor OFFOR on April 9, 2011 by a registered process server. (Docket No. 18)

6. On May 24, 2011, the examination of Judgment Debtor OFFOR came on regularly for hearing before Judge Chooljian; however, Judgment Debtor OFFOR did not appear. (Docket No. 19)

Based on these facts, the Court **ORDERS JUDGMENT DEBTOR OFFOR TO SHOW CAUSE** why he should not be found in civil contempt based upon his non-appearance at his debtor examinations, as ordered, on March 22, 2011 and May 24, 2011. **A hearing on this Order to Show Cause shall take place before Chief Judge Audrey B. Collins on <u>Monday, December 12, 2011 at 10:00 a.m.</u> in Courtroom 680, Roybal Federal Building, 255 East Temple Street, Los Angeles, California 90012.**

If JUDGMENT DEBTOR OFFOR objects to being held in civil contempt, he shall file a legal memorandum of points and authorities containing his objections **no later than November 21, 2011.** The government may file a response **no later than November 28, 2011.**

The government is **ORDERED** to **personally serve** this Order on JUDGMENT DEBTOR OFFOR and file proof of that service **no later than November 7, 2011.**

**JUDGMENT DEBTOR OFFOR is advised that, should he fail to appear before this Court on the date and time ordered, among the civil penalties to which he may be subject are fines and imprisonment, and a bench warrant may be issued for his arrest.**

**JUDGMENT DEBTOR OFFOR is also urged to consider retaining counsel for the December 12, 2011 hearing.**

**IT IS SO ORDERED.**

**DATED: October 21, 2011**   _____
                              **AUDREY B. COLLINS**
                              **CHIEF UNITED STATES DISTRICT JUDGE**

4